```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ISMAIL MESHI,                                                          :
                                                                       :
                                Plaintiff,                             :
                                                                       :          20-CV-9066 (JPC)
         -v-                                                           :
                                                                       :          ORDER
PRO TRANSPORT AND LEASING, INC. and DONNIE                             :
R. FAISON,                                                             :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' joint letter and proposed Case Management Plan. (Dkts. 6, 6-1.) In light of the parties' comprehensive submissions, the Court finds that the Initial Pretrial Conference ("IPTC") is unnecessary at this time. Accordingly, the IPTC scheduled for January 14, 2021 is ADJOURNED *sine die*. The Court will enter the parties' proposed Case Management Plan in a separately docketed order.

SO ORDERED.

Dated: January 8, 2021
       New York, New York
                                            JOHN P. CRONAN
                                          United States District Judge