```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ISMAIL MESHI,                                                    :
                                                                 :
                              Plaintiff,                         :
                                                                 :               20-CV-9066 (JPC)
              -v-                                                :
                                                                 :                    ORDER
PRO TRANSPORT AND LEASING, INC. and DONNIE                       :
R. FAISON,                                                       :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

There is a case management conference scheduled in this case for May 11, 2021 at 10:30 a.m. *See* Dkt. 8. On April 27, 2021, the parties indicated that they were engaged in settlement discussions. Dkt. 9. The parties are directed to file a letter by close of business on May 10, 2021 indicating whether they think that the May 11, 2021 conference is necessary.

SO ORDERED.

Dated: May 7, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge